AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Julian E. Rochester <br> *Plaintiff* <br> v. <br> U.S. Marshals; Beth Drake; Bryan Harwell; Director Stirling, <br> *Defendants* | ) <br> ) <br> ) Civil Action No.   6:22-cv-1421-RBH <br> ) <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: The case is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R Bryan Harwell on the record.


Date:   June 3, 2022                                         *CLERK OF COURT*


                                                              s/Kathy Rich, Deputy Clerk
                                                           *Signature of Clerk or Deputy Clerk*